**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 405 EAL 2021

                   Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

           v.                           :

                                      :

RENE ORTIZ,                             :

                   Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.